[No. 50772-9-I.   Division One.   June 14, 2004.]

JAMES N. PRICE, *Appellant*, v. JAMES M. BEECHER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-13954-3, Mary Yu, J., entered June 21, 2002. *Affirmed* by unpublished opinion per Becker, J., concurred in by Kennedy and Appelwick, JJ.

[No. 51264-1-I.   Division One.   June 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BHUPINDER SINGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-10489-2, George T. Mattson, J., entered October 15, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51916-6-I.   Division One.   June 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT JOHN MORSE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-01516-1, Gerald L. Knight, J., entered February 10, 2003. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox, C.J., and Coleman, J.

[No. 52074-1-I.   Division One.   June 14, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. PERCY A. LEVY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02453-4, Ronald L. Castleberry, J., entered February 27, 2003. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Coleman and Appelwick, JJ.